THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN VASQUEZ, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered February 14, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.